

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00158-CR

EX PARTE EVERETT MADURAI  §  On Appeal from the 431st District Court

§  of Denton County (F17-2519-431)

§  August 22, 2019

§  Opinion by Justice Bassel

§  (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Dabney Bassel